UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-24241-RAR

WINDLY LUCIUS

    Plaintiff,

v.

SALT GROUP LAS OLAS, LLC.,
d/b/a Salt7

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action, with prejudice against, Defendant, SALT GROUP LAS OLAS, LLC., d/b/a Salt7, and respectfully requests this Court to terminate the action.

Respectfully submitted on this February 28, 2023.

                                  By: */s/ J. Courtney Cunningham*
                                  J. Courtney Cunningham, Esq.
                                  FBN: 628166
                                  J. COURTNEY CUNNINGHAM, PLLC
                                  8950 SW 74th Court, Suite 2201
                                  Miami, Florida 33156
                                  T:  305-351-2014
                                  cc@cunninghampllc.com
                                  legal@cunninghampllc.com

                                  *Counsel for Plaintiff*

Lucius v. Salt Group Las Olas
Case No. 22-cv-24241-RAR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*